# Appeal No. 25-7124

## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

Gregory B. Myers,

*Appellant*

v.

Barbara Ann Kelly,

*Appellee*

v.

Naples Golf and Beach Club, Inc., et al.,

*Appellees*

District Court Docket No: 1:24-cv-03127-ACR

## APPELLANT'S MOTION FOR ENLARGEMENT OF TIME

Gregory B. Myers
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
*gregbmyers@verizon.net*

December 5, 2025



Appellant, Gregory B. Myers ("Mr. Myers" or "Appellant"), moves the Court (the "Motion") for a sixty (60) day enlargement of time, through February 3, 2026, for Appellant to file his response to the Court's Order to show cause "why the dispositive motion should not be considered and decided without a response." In support, Appellant respectfully states as follows:

Appellant had previously arranged to have Michael Gort, Esq. represent him in this appeal.[1] However, Appellant learned in late October 2025 that Mr. Gort, a sole practitioner, was in intensive care ("Intensive care at this time"), with no further details being disclosed to Mr. Myers. Regretfully, on November 24, 2025, Mr. Myers learned that Mr. Gort had passed away (RIP). Accordingly, given circumstances which are beyond Appellant's control, Appellant requires an enlargement of time to engage other counsel to represent him in this matter and to preserve his rights.

Appellant also advises the Court that on or about September 26, 2025, the NBC Entities and/or their privies—in violation of federal law and with felonious intent—broke into Plaintiff's Florida Homestead and purloined his personal property and effects, including legal papers in support of Plaintiff's claims in this case. The NBC Entities and/or their privies also stole Plaintiff's U.S. Mailbox and

---

[1] Due to his medical emergency, Mr. Gort had not yet entered his appearance in this case.

mail (which is why Appellant's mail was being returned), which is a federal crime.[2] Appellant has thus been forced to deal with this situation as well.

The Federal Rules are designed to "facilitate a proper ruling on the merits." *Diaz v. Jaguar Rest. Grp.*, LLC, 627 F.3d 1212, 1214 (11th Cir. 2010). Liberally allowing extensions of time recognizes that enforcing strict deadlines often does little to advance the ends of justice. To this end, it is common to grant appellants additional time.

Appellant states that this Motion is not made for any improper purpose and that no party will be prejudiced by the Court granting the instant Motion. However, Appellant will be severely prejudiced if the Court does not grant the instant Motion.

WHEREFORE, for the reasons stated above and because the Appellant is acting diligently and in good faith, Appellant respectfully requests that the Court grant the instant Motion and enter an order granting a sixty (60) day enlargement of time, through February 3, 2026, for Appellant to file his response to the Court's

---

[2] Plaintiff's U.S. Mailbox is protected under federal law, and damage or destruction is considered a crime against federal property. This offense is punishable by a fine of up to $250,000, imprisonment for up to three years, or both. See 18 U.S.C. § 1705 ("Whoever willfully or maliciously injures, tears down or destroys any letter box or other receptacle intended or used for the receipt or delivery of mail on any mail route, or breaks open the same or willfully or maliciously injures, defaces or destroys any mail deposited therein, shall be fined under this title or imprisoned not more than three years, or both."). The United States Postal Inspection Service has opened a formal investigation into this crime.

Order to show cause, and grant such other and further relief as the Court deems just and proper.

Dated: December 5, 2025

                                              Respectfully submitted,

                                              _____
                                              Gregory B. Myers, pro se
                                              700 Gulf Shore Blvd. N.
                                              Naples, Florida 34102
                                              (301) 325-2312
                                              *gregbmyers@verizon.net*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 5, 2025, I caused the foregoing Motion to be filed with the Clerk of the Court and served on all parties requesting notice.

                                              _____
                                              Gregory B. Myers, pro se